AO 91 (Rev. 11/11) Criminal Complaint

FILED
JAMES J. VILT JR, CLERK
1/31/2025
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Juan Baltazar FELIPE-Pedro | ) | 3:25MJ-50 |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date(s) of January 23, 2025, in the county of Marion in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C § 1326(a) | Re-entry after deportation |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet

ERIN R HUFFINES
Digitally signed by ERIN R HUFFINES
Date: 2025.01.31 09:33:56 -05'00'

*Complainant's signature*

Erin Huffines HSI Special Agent

*Printed name and title*

Sworn to in accordance with the requirements of Fed. R. 4.1 by telephone.

Date: January 31, 2025

City and State: Louisville, Kentucky

*Judge's Signature*

Hon. Colin H. Lindsay, U.S. Magistrate Judge

*Printed Name and Title*

ASM *(AUSA initials)*

### Criminal Complaint Affidavit for Juan Baltazar FELIPE-Pedro

Affiant, Special Agent Erin R. Huffines, Homeland Security Investigation (HSI), being duly sworn, deposes and says:

### Introduction

4. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code § 1326.

5. I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since July 2007 and I am presently assigned to the Office of the Assistant Special Agent in Charge, Louisville, Kentucky. My duties include the investigation of various violations of federal criminal laws. I have attended the Federal Law Enforcement Training Center where training was conducted pertaining to these types of investigations.

6. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### STATEMENT OF PROBABLE CAUSE

4. On January 22, 2025, Juan Baltazar FELIPE-Pedro was arrested by the Kentucky State Police in Washington County, Kentucky for Assault 4th Degree (Domestic Violence) (Court case# 25-M-00013). FELIPE was charged under the name Juan Aider FELIPE.

5. On January 23, 2025, ICE was contacted by the Marion County Detention Center (MCDC), located at 201 Warehouse Road in Lebanon, Kentucky. FELIPE was booked into MCDC and was in possession of an I-551, which is also known as a Lawful Permanent Resident

[1]

Card. ICE Senior Deportation Officer (SDDO) J. Phelps screened the alien registration number through ICE indices and determined the card to be fraudulent. SDDO Phelps interviewed FELIPE over the telephone. FELIPE claimed his name to be "Juan Aider-Felipe" and to be a citizen of Guatemala. The subject's fingerprints were submitted through Alien Criminal Response Information Management System (ACRIME) and the subject's identification was confirmed as Juan Baltazar FELIPE-Pedro; a Guatemalan citizen with Alien registration number 201550915 and FBI number TP2LE7LN7. ACRIME is a web-based system that holds the immigration status of any individual arrested by immigration authorities and contains biometric data including fingerprints. It also tracks a subject's FBI number and criminal history. Record checks indicate FELIPE was removed from the United States on April 26, 2019. An immigration detainer was filed with MCDC by SDDO Phelps.

6. Record checks among ICE databases and indices bearing FELIPE'S photographs and Alien number confirm the information set forth below. FELIPE is a citizen and native of Guatemala by birth.

7. On April 8, 2019, FELIPE was encountered by the United States Border Patrol near Lukeville, Arizona.

8. On April 26, 2019, FELIPE was deported from the U.S., to Guatemala, by an expedited removal. An expedited removal is legal order that allows the U.S government to deport aliens without an immigration court hearing. An expedited removal is usually used for aliens who have been in the United States for less than two years. This deportation is documented on a Form I-205 (Warrant of Removal/Deportation).

12. A review of ICE databases and indices indicate that FELIPE has no application for permission from the Attorney General of the United States, or the Secretary of the

Department of Homeland Security, to re-enter the United States following his April 26, 2019, removal.

## Conclusion

13.     Based on the above information, I believe that Juan Baltazar FELIPE-Pedro (A201550915) is an alien who has been found in the United States in Marion County, in the Western District of Kentucky, after having been previously removed or deported from the United States in violation of Title 8 of the United States Code, Sections 1326(a).



ERIN R HUFFINES
Digitally signed by ERIN R HUFFINES
Date: 2025.01.31 11:24:52 -05'00'

Erin Huffines
Special Agent
Homeland Security Investigations
Louisville, Kentucky

Sworn to in accordance with the requirements of Fed. R. Crim. P.4.1 by telephone this day of January 31, 2025.

Hon. Colin H. Lindsay
United States Magistrate Judge

[3]