UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**DOCKET NO. 3:25MJ-50**
**UNITED STATES OF AMERICA,**                                    **PLAINTIFF,**

**VS.**

**JUAN BALTAZAR FELIPE-PEDRO,**                                 **DEFENDANT.**

**WAIVER OF DETENTION HEARING**

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142; and that I fully understand that right.

\_\_\_\_\_ **I HEREBY WAIVE** my right to a detention hearing.

\_\_\_\_\_ **I HEREBY WAIVE** my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

\_\_X\_\_ **I HEREBY WAIVE** my right to a detention hearing at this time, and reserve the right to move for a detention hearing at a later date.

Date: 2/7/2025

*[signature]*
Juan Baltazar Felipe-Pedro

/s/ Donald J. Meier
Counsel for Defendant